Certificate Number: 15557-OR-CC-023709897



15557-OR-CC-023709897

# CERTIFICATE OF COUNSELING

I CERTIFY that on _June 29, 2014_, at <u>10:11</u> o'clock <u>AM PDT</u>, <u>Brian G. Waliser</u> received from <u>Urgent Credit Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Oregon</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>June 29, 2014</u>          By:     <u>/s/Natasha Sadhala</u>

                                 Name:   <u>Natasha Sadhala</u>

                                 Title:  <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. _See_ 11 U.S.C. §§ 109(h) and 521(b).