Carla G. McClurg, CSB #227738
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Rm. 213
Portland, OR 97205
Telephone: (503) 326-7659
Email: carla.mcclurg@usdoj.gov

    Attorney for Gail Brehm Geiger, Acting United States Trustee for Region 18

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 14-33858-tmb7 |
|---|---|
| Brian G. Waliser | **UNITED STATES TRUSTEE'S MOTION TO REOPEN** |
| Debtor. | |

  The Acting United States Trustee for Region 18, Gail Brehm Geiger ("UST"), by and through Trial Attorney Carla G. McClurg, moves this court for an order reopening the above-referenced case pursuant to 11 U.S.C. § 350(b). The UST seeks to reopen this case so that a chapter 7 trustee may be appointed to administer a newly-discovered asset.

  The UST is not required to pay a filing fee with respect to this motion to reopen. If this case is reopened, Rodolfo A Camacho, the former chapter 7 trustee, should be appointed as the trustee.

  DATED this 2nd day of August, 2016.

            Respectfully submitted,
            GAIL BREHM GEIGER
            Acting United States Trustee for Region 18


            /s/ Carla G. McClurg
            CARLA G. McCLURG, CSB # 227738
            Trial Attorney

**Page 1-UNITED STATES TRUSTEE'S MOTION TO REOPEN**

# CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2016, I served a copy of the foregoing UNITED STATES TRUSTEE'S MOTION TO REOPEN by mailing a copy of this document, by United States first class mail, postage prepaid, addressed to the following:

Brian G. Waliser
6955 NE Sacramento Street
Portland OR 97213

Brian G. Waliser
4327 N. College Ave.
Indianapolis, IN 46205

Sandra S. Gustitus
Chenoweth Law Group, PC
510 SW Fifth Ave, Fifth Floor
Portland, OR 97204

Jacob A Zahniser
Jordan Ramis PC
2 Centerpointe Dr 6th Fl
Lake Oswego, OR  97035

GAIL BREHM GEIGER
Acting United States Trustee for Region 18

/s/ Carla G. McClurg
CARLA G. McCLURG, CSB #227738
Trial Attorney